X FILED ___ LODGED
___ RECEIVED ___ COPY

DEC - 5 2012

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

REDACTED
PUBLIC DISCLO...

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>v.<br>Abdullatif Ali Aldosary,<br><br>  Defendant. | **CR 12-2042-PHX-SRB (SPL)**<br><br>**INDICTMENT**<br><br>VIO: 18 U.S.C. § 844(f)(1) and (2)<br>(Malicious Damage to Federal Property by Means of Fire and Explosives)<br>Count 1<br><br>18 U.S.C. §§ 922(g) and 924(a)(2)<br>(Felon in Possession of a Firearm)<br>Count 2<br><br>18 U.S.C. § 924(d) and<br>28 U.S.C. § 2461<br>Forfeiture Allegation |

THE GRAND JURY CHARGES:

**Count One**

On or about November 30, 2012, in the District of Arizona, the defendant, ABDULLATIF ALI ALDOSARY, maliciously damaged, destroyed and attempted to damage and destroy, by means of fire and explosives, a building, located at 501 N. Marshall Street, Casa Grande, Arizona, in whole and in part leased to the United States Social Security Administration, an agency of the United States, and as a result of such conduct created a substantial risk of injury to any person.

In violation of Title 18, United States Code, Section 844(f)(1) and (2).

**Count Two**

On or about November 30, 2012, in the District of Arizona, the defendant, ABDULLATIF

ALI ALDOSARY, having been convicted of a crime punishable by imprisonment for a term exceeding one year, that is Aggravated Harassment, a Class 6 Felony in the Maricopa County Superior Court; Case No. CR2007-177202, did knowingly possess in and affecting commerce, a firearm, which is a Saiga 7.62 caliber rifle, serial number H06602005.

In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

### Forfeiture Allegation

As a result of committing the foregoing offenses as listed in Count One through Count Two, as alleged in the Indictment, defendant ABDULLATIF ALI ALDOSARY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to the firearm listed in Count Two.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant; (1) cannot be located upon exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

In violation of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461.

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: December 5, 2012

JOHN S. LEONARDO
United States Attorney
District of Arizona

/s/
DAVID A. PIMSNER
Assistant U.S. Attorney