FILED _____ LODGED
_____ RECEIVED _____ COPY

APR 2 4 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA



| | |
|---|---|
| United States of America,<br><br>              Plaintiff,<br><br>    v.<br><br>Abdullatif Ali Aldosary,<br><br>              Defendant. | CR-12-02042-PHX-SRB -(SPL)<br><br>**SUPERSEDING INDICTMENT**<br><br>VIO:  18 U.S.C. § 844(f)(1) and (2)<br>       (Malicious Damage to Federal<br>       Property by Means of Fire and<br>       Explosives)<br>       Count 1<br><br>       18 U.S.C. §§ 922(g) and 924(a)(2)<br>       (Felon in Possession of a Firearm<br>       and Ammunition)<br>       Counts 2 through 4<br><br>       42 U.S.C. § 1320a-8b<br>       (Attempted Interference with the<br>       Administration of the Social<br>       Security Administration)<br>       Count 5<br><br>       18 U.S.C. § 924(d) and<br>       28 U.S.C. § 2461<br>       Forfeiture Allegation |

THE GRAND JURY CHARGES:

**Count One**

On or about November 30, 2012, in the District of Arizona, the defendant, ABDULLATIF ALI ALDOSARY, maliciously damaged, destroyed and attempted to damage and destroy, by means of fire and explosives, a building, located at 501 N. Marshall Street, Casa Grande, Arizona, in whole and in part leased to the United States Social Security Administration, an agency of the United States, and as a result of such conduct created a substantial risk of injury

1  to any person.

2  In violation of Title 18, United States Code, Section 844(f)(1) and (2).

**Count Two**

4  On or about November 30, 2012, in the District of Arizona, the defendant, ABDULLATIF

5  ALI ALDOSARY, having been convicted of a crime punishable by imprisonment for a term

6  exceeding one year, that is Aggravated Harassment, a Class 6 Felony in the Maricopa County

7  Superior Court; Case No. CR2007-177202, did knowingly possess in and affecting commerce,

8  a firearm, which is a Saiga 7.62 caliber rifle, serial number H06602005.

9  In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

**Count Three**

11  On or about November 30, 2012, in the District of Arizona, the defendant, ABDULLATIF

12  ALI ALDOSARY, having been convicted of a crime punishable by imprisonment for a term

13  exceeding one year, that is Aggravated Harassment, a Class 6 Felony in the Maricopa County

14  Superior Court; Case No. CR2007-177202, did knowingly possess in and affecting commerce,

15  a firearm, which is a Ruger 9mm pistol, serial number 33085513.

16  In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

**Count Four**

18  On or about November 30, 2012, in the District of Arizona, the defendant,

19  ABDULLATIF ALI ALDOSARY, having been convicted of a crime punishable by

20  imprisonment for a term exceeding one year, that is Aggravated Harassment, a Class 6 Felony

21  in the Maricopa County Superior Court; Case No. CR2007-177202, did knowingly possess in

22  and affecting commerce, ammunition, which included 200 rounds of 22 caliber long-rifle

23  ammunition, 168 rounds of 9mm Luger ammunition, 420 rounds of 7.62 X 39 ammunition, a

24  magazine containing 7 rounds of 9mm Luger ammunition, a magazine containing 10 rounds of

25  7.62 X 39 ammunition, a magazine containing 30 rounds of 7.62 X 39 ammunition, a magazine

26  containing 31 rounds of 7.62 X 39 ammunition, a magazine containing 48 rounds of 7.62 X 39

27  ammunition, and a magazine containing 40 rounds of 7.62 X 39 ammunition.

28  In violation of Title 18, United States Code, Sections 922(g) and 924(a)(2).

## Count Five

On or about November 30, 2012, in the District of Arizona, the defendant, ABDULLATIF ALI ALDOSARY, by force and threats of force, knowingly attempted to intimidate and impede any officer, employee, or contractor of the Social Security Administration acting in their official capacity to carry out the duties of the Social Security Administration as defined in Title 42, United States Code, Section 301 et seq.

In violation of Title 42, United States Code, Section 1320a-8b.

## Forfeiture Allegation

As a result of committing the foregoing offenses as listed in Count Two through Count Four, as alleged in the Superseding Indictment, defendant ABDULLATIF ALI ALDOSARY, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461, all firearms and ammunition involved in the commission of the offense, including, but not limited to the firearms and ammunition listed in Counts Two through Four.

If any of the above-described forfeitable property, as a result of any act or omission of the defendant; (1) cannot be located upon exercise of due diligence; (2) has been transferred or sold to, or deposited with, a third person; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; or (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

//
//
//
//
//
//
//

1    In violation of Title 18, United States Code, Section 924(d) and Title 28, United States

2  Code, Section 2461.

3

4                                          A TRUE BILL

5                                               /s/

6                                          FOREPERSON OF THE GRAND JURY
                                           Date: April 24, 2013

7  JOHN S. LEONARDO
   United States Attorney
8  District of Arizona

9          /s/

10  DAVID A. PIMSNER
    RAYMOND K. WOO
11  Assistant U.S. Attorneys

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28