UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

EXHIBIT LIST - CRIMINAL

/__/ Motion to Suppress        /__/ Non-Jury Trial        /_X_/ Jury Trial

USA vs. _Aldosary,_     _Abdullatif_      _Ali_           _CR_ _2012_ - _2042_ - _001_
        Last Name    First Name    Middle Initial        Year    Case Nr    Deft Nr

/_XX_/ GOVERNMENT          /__/ DEFENDANT

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 1 | | | Certified Conviction Document |
| 2 | | 9-18-13 | Certified MVD Document |
| 3 | | | Bank of America Statement |
| 4 | | 9-19-13 | 2013 Property Tax Notice |
| 5 | | 9-19-13 | 2011 Individual Tax Return and Supporting Documentsf |
| 6 | | 9-19-13 | Residential Property Settlement Documents |
| 7 | | | Copy of Social Security Card |
| 8 | | 9-19-13 | Photo Lineup and Admonition for Smith |
| 9 | | 9-19-13 | Photo Lineup and Admonition for Villaruz |
| 10 | | | 1/10/13 Interview of Royal Smith |
| 11 | | | 1/25/13 Video of Photo Lineup Smith |
| 12 | | 9-19-13 | Sketch of Residence Downstairs |
| 13 | | 9-18-13 | Sketch of Residence Upstairs |
| 14 | | 9-19-13 | Form 4473 for Ruger |
| 15 | | 9-19-13 | Sportsman's A & D Form for Ruger |
| 16 | | 9-18-13 | Photograph of Car and License Plate (DSC 0007) |
| 17 | | 9-18-13 | Photograph of Guest Bedroom K (DSC 0046) |
| 18 | | 9-18-13 | Photograph of Closet for Guest Bedroom K (DSC 0048) |
| 19 | | 9-18-13 | Photograph of Guest Bedroom P (DSC 0051) |
| 20 | | 9-18-13 | Photograph of Closet for Guest Bedroom P (DSC 0054) |
| 21 | | 9-18-13 | Photograph of Guest Room R (DSC 0186) |
| 22 | | 9-18-13 | Photograph of Closet in Guest Room R (DSC 0197) |
| 23 | | 9-18-13 | Photograph of Master Bedroom T (DSC 0067) |

FILED _____ LODGED
RECEIVED _____ COPY

SEP 2 0 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 24 | | 9-18-13 | Photograph of Bed in Master Bedroom T (DSC 0070) |
| 25 | | 9-18-13 | Photograph of South Night Stand, Master Bedroom T (DSC 0149) |
| 26 | | 9-18-13 | Photograph of South Night Stand with Drawer Removed  Master Bedroom T (DSC 0153) |
| 27 | | 9-18-13 | Photograph of Bullets found Under South Night Stand,  Master Bedroom T (DSC 0155) |
| 28 | | 9-18-13 | Photograph of Ruger Case Found Under South Night Stand, Master Bedroom T (DSC 0156) |
| 29 | | 9-18-13 | Photograph of Check Book in South Night Stand in Master Bedroom T (DSC 0243) |
| 30 | | 9-19-13 | Photograph of North Night Stand, Master Bedroom T (DSC 0158) |
| 31 | | 9-19-13 | Photograph of North Night Stand with Drawer Removed,  Master Bedroom T (DSC 0159) |
| 32 | | 9-19-13 | Photograph of Bullets and Ruger's Owners Manual Found Under North Night Stand, Master Bedroom T (DSC 0161).jpg |
| 33 | | | Photograph of Wallet on Bed in Master Bedroom T (DSC 0162) |
| 34 | | 9-19-13 | Photograph of Long Dresser in Master Bedroom T (DSC 0072) |
| 35 | | 9-19-13 | Photograph of Drawers of Long Dresser in Master Bedroom T (DSC 0228) |
| 36 | | 9-19-13 | Photograph of 2013 Property Tax Statement in Drawer in Long Dresser,  Master Bedroom T (DSC 0230) |
| 37 | | 9-19-13 | Photograph of Top Drawer, Tall Dresser in Master Bedroom T (DSC 0083) |
| 38 | | 9-19-13 | Photograph of 2nd Drawer, Tall Dresser in Master Bedroom T (DSC 0085) |
| 39 | | 9-19-13 | Photograph of 3rd Drawer, Tall Dresser in Master Bedroom T (DSC 0086) |
| 40 | | 9-19-13 | Photograph of 4th Drawer, Tall Dresser in Master Bedroom T (DSC 0087) |
| 41 | | 9-19-13 | Photograph of Bottom Drawer, Tall Dresser in Master Bedroom T (DSC 0088) |
| 42 | | 9-19-13 | Photograph of Master Bedroom T Closet (DSC 0090) |
| 43 | | 9-19-13 | Photograph of Master Bedroom T Closet (DSC 0092) |
| 44 | | 9-19-13 | Photograph of Attic Entryway in Master Bedroom T Closet (DSC 0250) |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
|---|---|---|---|
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 45 | | 9-19-13 | Photograph of Attic (DSC 0108) |
| 46 | | | Photograph of Attic with Guns Revealed (DSC 0197) |
| 47 | | 9-19-13 | Photograph of Saiga Case (DSC 0201) |
| 48 | | 9-19-13 | Photograph of Saiga (DSC 0204) |
| 49 | | | Photograph of Saiga and Magazines with Case Open (DSC 0214) |
| 50 | | | Photograph of Bag Containing Ruger (DSC 0202) |
| 51 | | 9-19-13 | Photograph of Bag Containing Ruger (DSC 0205) |
| 52 | | | Photograph of Ruger and Serial Number (DSC 0209) |
| 53 | | 9-19-13 | Photograph of Ruger and Magazine (DSC 0210) |
| 54 | | 9-19-13 | Photograph of Saiga and Serial Number (DSC 0220) |
| 55 | | | Photograph of Letter Holder in Entryway (DSC 0280) |
| 56 | | | Photograph of Letter Holder Contents (DSC 0281) |
| 57 | | 9-18-13 | Photograph of Residence at 4732 W. Lemon in Coolidge, Arizona (DSC 0018) |
| 58 | | 9-19-13 | Photograph of Tall Dresser in Master Bedroom T (DSC 0231) |
| 59 | | 9-19-13 | Photograph of Telephone Screen Showing Buzzard in Desert and Date Imbedded on the Photo |
| 60 | | 9-19-13 | Photograph of Dead Javelina in Desert and Date Imbedded on the Photo |
| 61 | | 9-19-13 | Arizona Republic Business Records for Classified Ad |
| 62 | | | Fingerprint Card from Aldosary |
| 63 | | | DNA Final Report |
| 64 | | | DNA Testing Charts |
| 65 | | | FBI Latent Fingerprint Final Report |
| 66 | | | DPS Latent Fingerprint Final Report |
| 67-a | | 9-19-13 | 419 Rounds of 7.62x39 mm Ammo |
| 67-b | | 9-19-13 | 168 Rounds 9 mm Luger Ammo and One (1) SR9 9 mm Magazine |
| 67-c | | 9-19-13 | 200 Rounds 22 Long Rifle Ammo |
| 68 | | 9-19-13 | One (1) Ruger SR9 Owner's Manual, One (1) Mossberg Owner's Manual and One (1) Gun Cable Lock |
| 69-a | | 9-18-13 | Five (5) Boxes of 50 Rounds of 9 mm Ammo |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 69-b | | 9-18-13 | One (1) Empty Ruger 9 mm Handgun Case |
| 70 | | 9-19-13 | Ruger SR9 Handgun 9 mm (Serial No. 33085513) |
| 71 | | 9-19-13 | One (1) Magazine with 14 Rounds of 9 mm Ammo |
| 72 | | 9-19-13 | One (1) Saiga 7.62 x 39 Rifle (Serial No. H06602005) in Case |
| 73 | | 9-19-13 | Empty Magazine |
| 74 | | 9-19-13 | One (1) Magazine with 10 Rounds of Ammo |
| 75 | | 9-19-13 | One (1) Magazine with 11 Hollow Point and 19 Ball Rounds of Ammo |
| 76 | | 9-19-13 | One (1) Magazine with 15 Hollow Point and 16 Ball Rounds of Ammo |
| 77 | | 9-19-13 | One (1) Magazine with 27 Hollow Point and 21 Ball Rounds of Ammo |
| 78 | | 9-19-13 | One (1) Magazine with 29 Hollow Point and 16 Ball Rounds of Ammo |
| 79 | | 9-19-13 | One (1) Empty Box of Wolf 7.62 x 39 mm Ammo |
| 80 | | 9-19-13 | Social Security Card for Aldosary |
| 81 | | | Wallet |
| 81-a | | 9-19-13 | Arizona Driver's License for Aldosary |
| 82 | | | ATF Final Report on Interstate Nexus of Ammunition |
| 83 | | | Photograph of Fingerprints on Saiga |
| 84 | | 9-19-13 | Photograph Close Up of Fingerprint on Saiga |
| 85 | | 9-19-13 | Color Enhanced Photo of Fingerprint on Saiga |
| 86 | | 9-19-13 | Sturm, Ruger & Company Records for Ruger |
| 87 | | | Chart of the DNA Processing Steps (Demonstrative) |
| 88 | | | Diagram of Residence Downstairs (Demonstrative) |
| 89 | | | Diagram of Residence Upstairs (Demonstrative) |
| 90 | | 9-19-13 | Photograph of Saiga and Magazines in Open Case (DSC 0213) |
| 91 | | | TracFone |
| 92 | | 9-19-13 | Original fingerprint cards for Aldosary |
| 93 | | 9-19-13 | Photograph of receiver left side |
| 94 | | 9-19-13 | Photograph of receiver right side |
| 95 | | 9-19-13 | Photograph of Saiga 7.62 x 39 |

| EXHIBIT NUMBER | DATE | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 96 | | 9-19-13 | Photograph of Ruger right side with serial number |
| 97 | | 9-19-13 | Photograph of "R-P" and "WIN" cases |
| 98 | | 9-19-13 | Photograph of "R-P" and .380 auto |
| 99 | | 9-19-13 | Photograph of ".FC." 9mm Luger |
| 100 | | 9-19-13 | Photograph of "WIN" 9mm Luger |
| 101 | | 9-19-13 | Photograph of "TUL AMMO 7.62 x 39" |
| 102 | | 9-19-13 | Photograph of "7.62 x 39 Wolf" |
| 103 | | 9-19-13 | Photograph of "PMC 9mm Luger" |

Rev. 9/23/99

104

Photograph of car registered to
aldosary