```
┌──────────────────────────────────┐
│ X  FILED        ___ LODGED        │
│ ___ RECEIVED    ___ COPY          │
│                                   │
│        SEP 2 0 2013               │
│                                   │
│   CLERK U S DISTRICT COURT        │
│     DISTRICT OF ARIZONA           │
│ BY_____ DEPUTY    │
└──────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

<u>WITNESS LIST - CRIMINAL</u>

/___/ Motion to Suppress      /___/ Non-Jury Trial      / XX / Jury Trial      Judge Code: _7026_

USA vs. __Aldosary,_____Abdullatif,_____Ali_____      __CR   2012__ - _2042_ - _001_
      Last Name     First Name    Middle Initial      Year    Case Nr   Deft Nr

/ XX / GOVERNMENT          /__/ DEFENDANT

| NAME | G/D | DATE SWORN | DATE APPEARED |
|------|-----|------------|---------------|
| Officer Esteban Palacios, Coolidge PD | G | 9-18-13 | 9-18-13 |
| Special Agent Adam Radtke, FBI | G | 9-19-13 | 9-19-13 |
| Special Agent June Drake, FBI | G | 9-18-13 | 9-18-13; 9-19-13 |
| Jason Saitta, FBI | G | 9-19-13 | 9-19-13 |
| Special Agent Lance Leising, FBI | G | 9-18-13 | 9-18-13 |
| Special Agent Robert Meshinsky, FBI | G | 9-19-13 | 9-19-13 |
| Special Agent Stacie Kane, FBI | | | |
| Special Agent ~~Carrie~~ carrey Cooper, FBI | G | 9-19-13 | 9-19-13 |
| Special Agent Charles Kuchar, FBI | | | |
| Elaina Graff, FBI | G | 9-19-13 | 9-19-13 |
| Special Agent Michael Lum, Federal Protective Service | | | |
| Special Agent James Lundquist, Federal Protective Service | G | 9-18-13 | 9-18-13 |
| Special Agent Jason Maines, ATF | G | 9-19-13 | 9-19-13 |

| | | | |
|---|---|---|---|
| Timothy Hines, Mesa PD | G | 9-18-13 | 9-18-13 |
| Sean Locksa, MCSO | | | |
| Criminalist Daniel ~~Seitll~~ Siahl, DPS | G | 9-20-13 | 9-20-13 |
| Criminalist Dana Gilmore, DPS | G | 9-20-13 | 9-20-13 |
| Criminalist Kathleen Press, DPS | G | 9-20-13 | 9-20-13 |
| Royal Smith | G | 9-19-13 | 9-19-13 |
| ~~Geoffrey~~ Geoffrey Villaruz | G | 9-19-13 | 9-19-13 |
| ~~Tim~~ Timothy Gibbs, Custodian of Records Sportsman's Warehouse | G | 9-19-13 | 9-19-13 |
| Special Agent Leroy Hoiland, FBI | | | |
| Vicki Massett, FBI | | | |
| Special Agent Jay Henze, FBI | G | 9-19-13 | 9-19-13 |
| Dawn Langston, FBI | G | 9-19-13 | 9-19-13 |
| | | | |
| | | | |

Rev. 3/26/98