```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

   SEP 2 0 2013

CLERK U S DISTRICT COURT
 DISTRICT OF ARIZONA
BY_____ DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

/__/ Motion to Suppress Hrg    /__/ TRO    /__/ Non-Jury Trial    / X / Jury Trial

JUDGE CODE: __7026__    DATE: September 18, 2013

**UNITED STATES v. ABDULLATIF ALI ALDOSARY**
CR-12-2042 –PHX-SRB

/__/    PLAINTIFF                    /X/    DEFENDANT

| EXHIBIT NUMBER | DATE: MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | DESCRIPTION |
|---|---|---|---|
| 200 | | | CD – Audio recording of Interview of Royal Smith on 1/10/13 |
| 201 | | | MCPD Report – Interview of Royal Smith on 1/10/13 (Bates: 1391-1393) |
| 202 | | | FD-302 Report – Retrieval of cell phone from Royal Smith on 1/10/13 (Bates: 978) |
| 203 | | | MCPD Report – Royal Smith Line-up Interview on 1/25/13 (Bates: 1395-1396) |
| 204 | | | Photo Line-up – Royal Smith (Bates: 1272-1274) |
| 205 | | | FD-302 Report – Interview of Geofrey Villaruz on 2/4/13 (Bates: 996-997) |
| 206 | | | Photo Line-up – Geofrey Villaruz (Bates: 1275-1276) |
| 207 | | | FD-302 Report – Interview of Neil Large on 12/13/12 (Bates: 970) |
| 208 | | | FD-302 Report – Interview of Seth Parkin on 12/5/12 (Bates: 215-216) |
| 209 | | | FD-302 Report – Interview of Tara Porter on 12/21/12 (Bates: 217) |
| 210 | | | FD-302 Report – Interview of Daniel Mordaunt on 1/11/13 (Bates: 992) |
| 211 | | | FD-302 Report – Interview of Daniel West on 2/4/13 (Bates: 994-995) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
|---|---|---|---|
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 212 | | | FD-302 Report – Interview of Robert & Carol Hulla on 11/30/12 <br> (Bates: 76) |
| 213 | | | FD-302 Report – Interview of Michael Cozens on 12/4/12 <br> (Bates: 975-976) |
| 214 | | | Evidence Recovery Log / Sketch of House <br> (Bates: 1156-1175, 1530-1538, & 1179-1180) |
| 215 | | | FD-302 Report – Execution of SW at Residence / Review of Items Seized <br> (Bates: 1003-1004) |
| 216 | | | FD-302 Report – Transport of Ruger Pistol and Magazine for Examination <br> (Bates: 999) |
| 217 | | | FBI Evidence Log for Major Case Fingerprints / Fingerprint Cards – Abdullatif Aldosary <br> (Bates: 292-311) |
| 218 | | | CV – Elaina Graff, MFS |
| 219 | | | FBI Report of Examination/Notes/Photos - Latent Prints - Saiga Rifle & Receiver |
| 220 | | | CV – Dana Robin Gilmore <br> (Bates: 1715-1718) |
| 221 | | | AZ DPS Scientific Examination Report / Notes – Serology – Ruger Pistol <br> (Bates: 1694-1698, 1720-1725) |
| 222 | | | CV – Daniel J. Siath <br> (Bates: 1524) |
| 223 | | | AZ DPS Scientific Examination Report / Notes – DNA – Ruger Pistol <br> (Bates: 1651-1693) |
| 224 | | | Statement of Qualifications – Jason V. Maines <br> (Bates: 1355-1357) |
| 225 | | | ATF ROI 4 – Interstate or Foreign Commerce Determination - Firearms <br> (Bates: 1057-1063) |
| 226 | | | ATF ROI 9 – Interstate or Foreign Commerce Determination – Ammunition <br> (Bates: 1350-1354) |

| EXHIBIT NUMBER | DATE: | | DESCRIPTION |
| --- | --- | --- | --- |
| | MARKED FOR IDENTIFICATION | ADMITTED IN EVIDENCE | |
| 227 | | | FD-302 Report – Examination of Tracfone (Bates: 1529) |
| 228 | | | FBI Report of Examination – Tracfone (Bates: 1269-1270) |
| 229 | | | ZRT Report / Photos - Tracfone |
| 230 | | | Cellebrite Extraction Report - Tracfone |
| 231 | | | Email re: Follow-up On Phone (Bates: 1699) |
| 232 | | 9-14-13 | Photograph of Documents in Drawer |
| 233 | | | |
| 234 | | | |
| 235 | | | |
| 236 | | | |
| 237 | | | |
| 238 | | | |
| 239 | | | |
| 240 | | | |
| | | | |
| | | | |