# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

### WITNESS LIST - CRIMINAL

/__/ Preliminary Injunction    /__/ Non-Jury Trial    /X/ Jury Trial

FILED ___ LODGED
___ RECEIVED ___ COPY

SEP 2 0 2013

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ Judge Code: 7026 DEPUTY

### UNITED STATES v. ABDULLATIF ALI ALDOSARY
### CR-12-2042-PHX-SRB

/__/    PLAINTIFF                     /X/    DEFENDANT

| NAME | G/D | DATE: SWORN | APPEARED |
|---|---|---|---|
| Michael COZENS | D | 9-20-13 | 9-20-13 |
| Lacey DeSANTA, FPD Investigator | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |